In the Matter of Laura D. Blackburne, as Justice of the Supreme Court, Queens County, Petitioner. State Commission on Judicial Conduct, Respondent.

Submitted March 6, 2006; decided March 23, 2006

Motion by Association of Justices of the Supreme Court of the State of New York for leave to appear amicus curiae on the request for review herein granted only to the extent that the proposed brief is accepted as filed.